IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANNABEL DOBBS,<br>Individually and as Personal<br>Representative of the Estate of<br>TERRY DOBBS,<br><br>          Plaintiff,<br><br>   v.<br><br>WYETH,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. CIV-04-1762-D<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF ADDITIONAL AUTHORITY IN
SUPPORT OF WYETH'S MOTION FOR SUMMARY JUDGMENT**

In connection with its Motion for Partial Summary Judgment Based On Federal Preemption Or, In The Alternative, Based On State Law (Doc. 113), defendant Wyeth provides the Court with the recent decision in *Tucker v. SmithKline Beecham Corp.*, No. 1:04-cv-1748, slip op. (S.D. Ind. Sept. 19, 2007), a copy of which is attached as Exhibit 1. The *Tucker* plaintiff alleged that the defendant drug manufacturer's prescription antidepressant caused her decedent, a 55-year-old male, to commit suicide in September 2002. *Tucker* found those claims preempted, observing that the plaintiff's "state law claims stand in direct conflict with the FDA's labeling requirements for Paxil issued pursuant to federal law." (*Id.* at 22).

Dated:  September 21, 2007                    Respectfully submitted,


*/s/ Thomas G. Wolfe*
Oklahoma Bar No. 11576
Douglas M. Todd (OBA #15378)
PHILLIPS, McFALL, McCAFFREY
 McVAY & MURRAH, P.C.
Corporate Tower – 13th Floor
101 North Robinson Avenue
Oklahoma City, Oklahoma  73102
Telephone:  (405) 235-4100
Facsimile:  (405) 552-2476
tgwolfe@phillipsmcfall.com

Terence M. Murphy (*pro hac vice*)
JONES DAY
2727 North Harwood Street
Dallas, Texas  75201-1515
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100

Junius C. McElveen, Jr. *(pro hac vice)*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Phone:  (202) 879-3939
Fax:  (202) 626-1700

Mark Herrmann (*pro hac vice*)
JONES DAY
77 West Wacker
Chicago, Illinois  60601-1692
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585

>David Booth Alden (*pro hac vice*)
>JONES DAY
>North Point
>901 Lakeside Avenue
>Cleveland, OH  44114
>Phone:  (216) 586-3939
>Fax:  (216) 579-0212
>
>Amber B. Shushan (*pro hac vice*)
>JONES DAY
>Suite 800
>1420 Peachtree Street, N.E.
>Atlanta, Georgia  30309-3053
>Telephone:  (404) 521-3939
>Facsimile:  (404) 581-8330
>
>**ATTORNEYS FOR DEFENDANT WYETH**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of September, 2007, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

**Paul F Waldner, III, Esq.**
paul@justiceseekers.com

**Tia J. Goodman, Esq.**
tg@burtongoodmanlaw.com

>*/s/ Thomas G. Wolfe*